**Helen L. Fitzpatrick (Pro Hac Vice pending)**
**Antima Chakraborty (Pro Hac Vice pending)**
**CIPRIANI & WERNER PC**
**450 Sentry Parkway - Suite 200**
**Blue Bell, PA 19422**
**Telephone: (610) 567-0700**

**Clayton T. Fielder KS Bar #21049**
**Michaela L. Webb KS Bar #29401**
**Hennessy & Roach, P.C.**
**10801 Mastin Blvd., Suite 120**
**Overland Park, KS 66210**
**Telephone: 913-221-0740**

**Attorneys for Plaintiff,**
**Dodson International**

## UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

| | |
|---|---|
| **DODSON INTERNATIONAL PARTS INC.**<br>2155 Vermont Rd.<br>Rantoul, KS 66079<br><br>Plaintiff,<br><br>v.<br><br>**NETWORK SOLUTIONS, LLC**<br>12808 Gran Bay Parkway West<br>Jacksonville Florida 32258<br><br>**NEWFOLD DIGITAL, INC.**<br>5335 Gate Parkway<br>Jacksonville, Florida 32256<br><br>**WEB.COM GROUP, INC.**<br>5335 Gate Parkway<br>Jacksonville, Florida 32256<br><br>**ENOM, LLC**<br>251 Little Falls Drive,<br>Wilmington, Delaware 19808<br><br>Defendants. | Case No. 2:24-cv-2392<br><br>ACTION FILED:<br><br>**RESPONSE TO NOTICE OF DEFICIENCY ORDER TO SHOW CAUSE** |

## **RESPONSE TO NOTICE OF DEFICIENCY AND ORDER TO SHOW CAUSE**

On August 30, 2024, this Court issued a Notice of Deficiency and Order to Show Cause

1

(herein "Order") regarding subject matter jurisdiction. The Order directs Dodson International Parts, Inc. ("Plaintiff") to clarify and establish its citizenship and the citizenship of Defendants Network Solutions, LLC, and eNOM, LLC. The Order also directs Plaintiff to eliminate any possible ambiguity regarding the citizenship of Defendants Web.com Group, Inc. and Newfold Digital, Inc. Plaintiff now offers this Response as clarification to this Honorable Court and files a corresponding First Amended Complaint (hereinafter "FAC").

Plaintiff, Dodson International Parts, Inc., is a corporation, incorporated under the laws of Kansas, with a principal place of business located at 2155 Vermont Rd. Rantoul, KS 66079. *See* Articles of Incorporation, attached hereto as **Exhibit "A"**; Annual Report, attached hereto as **Exhibit "B"**; and FAC at ¶¶ 10. Plaintiff is a citizen of Kansas for purposes of establishing diversity jurisdiction.

By way of a recent Corporate Disclosure, Defendant Network Solutions, LLC, is a limited liability company, doing business in the State of Kansas, whose principal place of business is located at 12808 Gran Bay Park, West, Jacksonville, FL 32258. The sole member of Network Solutions, LLC, is Net Sol Parent, LLC.[1] Net Sol Parent, LLC, in turn, is a limited liability company whose **sole member is Web.com Group, Inc**. *See* Publicly available corporate disclosure, **Exhibit "C."** Thus, Defendant Network Solutions' is a citizen of Florida for purposes of diversity jurisdiction. *See* FAC at ¶¶ 12-14.[2]

Defendant eNOM, LLC, is a Delaware limited liability company, with a registered business address of 251 Little Falls Drive, Wilmington, DE 19808, and is wholly owned by Tucows, Inc.

---

[1] Net Sol Parent LLC has a registered business address of 1386 Sunrise Valley Drive, Suite 300, Herndon, Virginia 20171 and is wholly-owned by Web.com
https://www.sec.gov/Archives/edgar/data/1095291/000114420411054264/v234850_def14a.htm (Last Accessed 9.4.2024).

[2] *40 Acres v. Network Solutions LLC/Web.com Group* ( 3:22-cv-01215-VAB)

Tucows, Inc., is a corporation, incorporated under the laws of Pennsylvania, with a principal place of business of 96 Mowat Avenue, Toronto, Ontario, CA M6K3M1. *See* 2023 SEC Annual Report **Exhibit "D."** Thus, Defendant eNOM is a citizen of Pennsylvania for purposes of diversity jurisdiction. *See* FAC at ¶¶ 21-22.

Additionally, Plaintiff has eliminated any ambiguity of the citizenship of Defendants Newfold Digital, Inc., and Web.com Group, Inc, in the pleadings. *See* FAC ¶¶ 15-21. Defendant Newfold Digital Inc., is a corporation, incorporated under the laws of Delaware, with its principal place of business at 5335 Gate Parkway, Jacksonville, Florida 32256. *See* FAC at ¶ 19. Defendant Web.com Group, Inc. is a corporation, incorporated under the laws of Delaware, with a principal place of business at 5335 Gate Parkway, Jacksonville, Florida 32256. *See* FAC at ¶ 17. Defendants Newfold Digital, Inc., and Web.com Group, Inc., are citizens of Florida for purposes of diversity jurisdiction. Thus, no Defendant party of this Action is a citizen of Kansas, the citizenship of the Plaintiff. Lastly, in addition to seeking injunctive relief, the amount in controversy exceeds $75,000. *See* FAC at ¶ 25.

Respectfully Submitted,

By:  /s/ *Clayton T. Fielder*
Clayton T. Fielder KS Bar #21049
Michaela L. Webb KS Bar #29401
Hennessy & Roach, P.C.
10801 Mastin Blvd., Suite 120
Overland Park, KS 66210
Telephone: 913-221-0740
Email: cfielder@hennessyroach.com
        mwebb@hennessyroach.com
*Attorneys for Dodson International*