**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Wednesday, July 17, 2024 10:52 AM
**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Network Solutions Customer Support [S-2578945]

# network
## solutions®

Daniel,

k you for contacting Network Solutions. We are committed to assisting people in taking actior
st fraudulent activity.

so suggest doing an account recovery for your accounts with Network Solution.

an account recover for NS, please visit: https://www.networksolutions.com/manage-it/account-
ery.jsp

ur account with our sister brand, Hostgator, please visit: https://www.hostgator.com/my-
nt/account-recovery

e this information has been helpful. We appreciate your business!

uestions, please visit our online support center
tps://www.networksolutions.com/knowledge .

Regards,
mer Support

# network
## solutions®

Your services are subject to the
terms and conditions set forth in
our Service Agreement, which
you accepted at the time of
purchase. Please note, in
accordance with our Privacy

EXHIBIT

A

Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2024 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256 Network Solutions® is a Web .com Group, Inc. company.

Network Solutions® and Web .com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

**From:** noreply@networksolutions.com <noreply@support.networksolutions.com>
**Date:** Wednesday, July 17, 2024 10:43 AM
**To:** danielmcgurk <danielmcgurk@gmail.com f>
**Subject:** Network Solutions Customer Support [S-2578945]



Daniel,

k you for contacting Network Solutions. We are committed to assisting people in taking actior st fraudulent activity.

:ounts associated to IT@DODSON.COM email address have been locked down. We're working or :ing any changes that occurred on the account associated to DODSON.COM.

ırrently reached out to the gaining registrar for DODSON.COM, and when we have an update we le as soon as possible.

ə this information has been helpful. We appreciate your business!

uestions, please visit our online support center tps://www.networksolutions.com/knowledge  .

Kind Regards,
Customer Support

network
solutions·

Your services are subject to the terms and conditions set forth in our Service Agreement, which you accepted at the time of purchase. Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2024 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.
-- Do not delete or change the following text --
Security code: ^^QrMjVXNXZXGxt5pys30i2w==^^
The above code helps us secure your communication.