| | |
|---|---|
| From: | Tucows Compliance (Support) |
| To: | Daniel McGurk |
| Subject: | [Tucows Inc - Compliance] Re: Domain Hijacked |
| Date: | Tuesday, July 16, 2024 6:27:27 PM |

## When replying, please ensure your reply is above this line ##

Your request (792814) has been updated. To add additional comments, reply to this email.



**Tucows Compliance (Tucows Inc – Compliance)**
Jul 16, 2024, 18:27 EDT

Greetings,

We are currently working with Network Solutions to have the domain name dodson.com returned.

Regards,

Enom, a Tucows Company
96 Mowat Avenue
Toronto ON M6K 3M1
Canada



**Daniel McGurk**
Jul 16, 2024, 19:09 EDT

Hello,

I am emailing you outside of our domain email which is dodson.com

Today, our domain was fraudulently transferred from Network Solutions to Enom (via IONOS first).

They have edited all of our DNS records so emails sent to xxxx@dodson.com are being intercepted by the threat actor.

We have owned this domain for decades. It was NOT authorized to be transferred. The threat actors email address is:
UVIP112@gmail.com
and they are asking for payment to get it back (see screenshot of website below).

**EXHIBIT B**

We have in-house legal counsel. His name is Nick Dodson and he is CC'd on this email as well as our CFO, Beau Bemis

This is an INCREDIBLY urgent matter:

Nick Dodson - Vice President/General Counsel 785-878-8042
Beau Bemis CFO 785-878-8027
Daniel McGurk IT 785-878-8016

Attachment(s)
image.png



This email is a service from Tucows Inc - Compliance