| | |
|---|---|
| From: | Rich (Support) |
| To: | Daniel McGurk |
| Subject: | [Tucows Inc - Compliance] Re: Domain Hijacked |
| Date: | Thursday, July 18, 2024 9:46:42 AM |

== When replying, please ensure your reply is above this line ==

Your request (792814) has been updated. To add additional comments, reply to this email.



**Rich (Tucows Inc – Compliance)**
Jul 18, 2024, 09:46 EDT

Hello,

As stated previously, we are working directly with Network Solutions regarding this matter. They are your representative in this matter. If you require updates, please contact them. If documentation is required, they will ask you for it.

Thank You,

Enom, a Tucows Company
96 Mowat Avenue
Toronto ON M6K 3M1
Canada



**Daniel McGurk**
Jul 17, 2024, 17:24 EDT

Hello,

Is there any way you can provide us an update? Again, we are without email and our website has been hijacked. Email is integral to our companies' operation. I am asking for any help you can provide, please!

Can the account at least be brought down until it is transferred back, so our customers don't see the fake webpage which is:

Attachment(s)
image.png

**EXHIBIT C**



**Daniel McGurk**
Jul 17, 2024, 14:37 EDT

I have reached out to them. They say they are working with you. What documents do you need? I can provide anything you need. Do you understand that we are currently without any email or website? This is the most urgent of urgent requests for help. Please help us!



**Tucows Compliance (Tucows Inc – Compliance)**
Jul 17, 2024, 14:16 EDT

Greetings,

We are still waiting on some required documents from Network Solutions.

If you have an open ticket with them, please follow up with NetSol for further updates on this matter.

Regards,

Enom, a Tucows Company
96 Mowat Avenue
Toronto ON M6K 3M1
Canada



**Daniel McGurk**
Jul 17, 2024, 11:12 EDT

We would really appreciate an update on this ASAP. We would prefer a verbal update if possible.

Nick Dodson - Vice President/General Counsel 785-878-8042
Beau Bemis CFO 785-878-8027
Daniel McGurk IT 785-878-8016



**Daniel McGurk**
Jul 16, 2024, 19:05 EDT

Do you have any kind of estimated time? We are dead in the water



**Tucows Compliance (Tucows Inc – Compliance)**
Jul 16, 2024, 18:27 EDT

Greetings,

We are currently working with Network Solutions to have the domain name dodson.com returned.

Regards,

Enom, a Tucows Company
96 Mowat Avenue
Toronto ON M6K 3M1
Canada



**Daniel McGurk**
Jul 16, 2024, 15:08 EDT

Hello,

I am emailing you outside of our domain email which is dodson.com

Today, our domain was fraudulently transferred from Network Solutions to Enom (via IONOS first).

They have edited all of our DNS records so emails sent to xxxx@dodson.com are being intercepted by the threat actor.

We have owned this domain for decades. It was NOT authorized to be transferred. The threat actors email address is:
UVIP112@gmail.com
and they are asking for payment to get it back (see screenshot of website below).

We have in-house legal counsel. His name is Nick Dodson and he is CC'd on this email as well as our CFO, Beau Bemis

This is an INCREDIBLY urgent matter:

Nick Dodson - Vice President/General Counsel 785-878-8042
Beau Bemis CFO 785-878-8027
Daniel McGurk IT 785-878-8016

Attachment(s)
image.png



This email is a service from Tucows Inc - Compliance