| | |
|---|---|
| **From:** | support@support.networksolutions.com |
| **To:** | danielmcgurk@gmail.com |
| **Subject:** | Re: Network Solutions Customer Support [S-2578945] |
| **Date:** | Tuesday, July 23, 2024 10:51:48 AM |

Dear Dan,

This domain was transferred to multiple registrars, and all the transfers complied with the ICANN policy. It depends on the gaining registrar if they want to help reverse the transfer.

Thanks

Abuse Specialist

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Tuesday, July 23, 2024 10:16 AM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Can you explain to me why it is not a guarantee? Enom/Tucows knows that it was fraudulently transferred. You know that it was fraudulently transferred. Can you please take a minute to explain why it is not a guarantee? I would understand if it was parked at some insidious registrar but Enom and Tucows are a reputable company. Why can't they just send it back to you?

**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Tuesday, July 23, 2024 10:09 AM
**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Dear Dan,

Thank you for contacting Network Solutions with your concern. Unfortunately, we do not have an ETA to provide, and we will continue to work with the gaining register to possibly retrieve your domain. Whatever the case may be, recovering your domain is not guaranteed. Whenever we have any updates, we will share with you.

Thanks

Abuse Specialist

**From:** noreply@networksolutions.com <noreply@support.networksolutions.com>
**Date:** Monday, July 22, 2024 04:39 PM
**To:** danielmcgurk <danielmcgurk@gmail.com f>
**Subject:** Network Solutions Customer Support [S-2578945]

**EXHIBIT F**



The below domain supported by your service appears to be engaged in malicious activities, which potentially compromises the safety and security of online users. Please take swift action in investigating and addressing this matter.

**Domain Details**
  Domain Name: workdaysexpert.com
  Registration Date: 1.11.2023
  Associated IP Address:
  Nature of the Threat:
  CONNECTIONS,

**Supporting Evidence**
  Direct Observations: This domain has been investigated and flagged by user(s) as malicious on 22.7.2024

Investigate this domain promptly and take appropriate action, such as suspending or terminating the domain if your investigation confirms malicious activities.

Copyright © 2024 CrowdStrike, Inc. All rights reserved.

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Monday, July 22, 2024 03:18 PM
**To:** support@networksolutions.com <support@support.networksolutions.com>; marezzi <marezzi@newfold.digital>; mcarr <mcarr@newfold.digital>

**Subject:** Re: Network Solutions Customer Support [S-2578945]

I have not heard anything since Friday regarding this case. In fact, the only thing I have ever heard from Network Solutions is that you are working on it. I need an estimated time that this domain will be transferred back to us. Again, we have no corporate email on that domain nor do we have any website now. I am not sure what the hold up is. Enom knows it was fraudulently transferred and NetworkSolutions knows it was fraudulently transferred. We all agree. Let's get this transferred back to us. What is it going to take? I need an update that isn't "We are working on it"

Daniel McGurk
IT Manager
Dodson International Parts, Inc.
785-878-8016

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Saturday, July 20, 2024 08:45 AM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Good morning,

I have not heard from you in almost 24 hours. I really need to get an estimated time for this to get transferred back to Network Solutions.

Thank you,
Dan

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Friday, July 19, 2024 11:46 AM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Thank you for the update. I don't understand. Tucows/Enom recognizes it as a fraudulent transfer. Network Solutions recognizes it as a fraudulent transfer. ICANN tells us that this is something for the registrars to work out between themselves (NetworkSolutions and Tucows/Enom). Why would there even be a possibility to not retrieve the domain? All parties agree that it was fraudulently transferred. Can you please explain this to me?

Thank you,
Daniel McGurk
785-878-8016

---

**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Friday, July 19, 2024 11:40 AM

**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Dear Dan,

We are working directly with the gaining registrar in an attempt to reverse the transfer of dodson.com. The process to retrieve a domain can take some time and it is not a guarantee. It is recommended that you contact your local law enforcement agency or file a dispute with UDRP.

Thanks

Abuse Specialist

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Friday, July 19, 2024 08:10 AM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Good morning,

I haven't heard back for almost 24 hours. I need to update the owner of the company on the status of this. May I please get an update?

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Thursday, July 18, 2024 11:37 AM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Thank you for that. I have been told that the UDRP is an even longer process and even ICANN indicates in our situation that it is best to have the registrars work it out (which would be Network Solutions and Enom). I guess I just don't understand. Enom knows it was fraudulently transferred. Network Solutions knows it was fraudulently transferred. So if we all know that, what is the hold up on getting it back to Network Solutions?

When you say it could take some time, how much time are you talking about? A manager at Network Solutions last night indicated that these are usually resolved in 72 hours. Is that correct?

Thank you,
Daniel McGurk
785-878-8016

---

**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Thursday, July 18, 2024 11:29 AM
**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Dear Daniel,

The process of undoing a transfer is not quick, and could take time.

For immediate actions, you can file a court order or UDRP, and that could be presented to the registry and they can ultimate initiate the transfer in your companies behalf. You can learn more about the UDRP process here: https://www.icann.org/resources/pages/help/dndr/udrp-en

Hopefully that information is helpful.

Best regards,
Customer Support

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Thursday, July 18, 2024 09:50 AM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Thank you, but that is the same update you have given me for 2 days. I need something new to bring back to the owner of the company. What is the estimated time of resolution?

---

**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Thursday, July 18, 2024 07:24 AM
**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Dear Daniel,

We are working directly with the registrars in regards to this domain name to get transferred back. When we have an update, we will provide as soon as possible.

Best regards,
Customer Support

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Wednesday, July 17, 2024 05:15 PM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Hello again,

I am really hoping for an update before I head home for the night. The owner of the company is needing an update. Can you please give us an update on where we are with this? The threat actor managed to transfer the domain twice in a matter of hours and here we are the legitimate owners of the domain (for decades) and it hasn't been transferred back?

Can we please get an update?

Thank you,
Daniel McGurk
785-878-8016

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Wednesday, July 17, 2024 03:47 PM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Is there any way I can get an update? Do you have an estimated time of resolution? We are currently not able to conduct business at the time due to not have access to our email.

Daniel McGurk

---

**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Wednesday, July 17, 2024 02:29 PM
**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

We understand your issue, but it's unfortunate that the domain name was an unauthorized transfer. We are working directly with Enom, and once we have an update to provide we will notify you as soon as possible.

Best regards,
Customer Support

---

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Wednesday, July 17, 2024 02:27 PM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Enom says they are waiting on documents from Network Solutions. What do you need from me to get to them?

Again, we are crippled with ZERO access to email and no website. This is URGENT. Please please help us.

Daniel McGurk

---

**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Wednesday, July 17, 2024 02:20 PM
**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]



Dear Daniel,

Thank you for contacting Network Solutions. We are committed to assisting people in taking action against fraudulent activity.

We're currently working with the regsitrar to address this unauthorized transfer. Once we have an update we will provide an update as soon as possible.

I hope this information has been helpful. We appreciate your business!

For questions, please visit our online support center at
https://www.networksolutions.com/knowledge .

Kind Regards,
Customer Support



Your services are subject to the terms and conditions set forth in our Service Agreement, which you accepted at the time of purchase. Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

© by Network Solutions, LLC. All Rights Reserved. 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

**From:** Dan McGurk <danielmcgurk@gmail.com>
**Date:** Wednesday, July 17, 2024 02:17 PM
**To:** support@networksolutions.com <support@support.networksolutions.com>
**Subject:** Re: Network Solutions Customer Support [S-2578945]

Good afternoon,

I am not trying to recover an account. I am trying to get my domain back that was illegally transferred out without permission. In fact, on the phone Friday I said over and over and over DO NOT TRANSFER THIS!!! IT IS NOT AUTHORIZED. The latest update I had from Network Solutions and Enom was that you are working together to get our domain transferred back.

Can I please get an update on that right away??!!? We have no access to company emails or a website. It is crippling us.

Daniel McGurk
IT Manager
Dodson International Parts, Inc.
785-878-8016

**From:** support@networksolutions.com <support@support.networksolutions.com>
**Date:** Wednesday, July 17, 2024 10:52 AM
**To:** Dan McGurk <danielmcgurk@gmail.com>
**Subject:** Network Solutions Customer Support [S-2578945]



Dear Daniel,

Thank you for contacting Network Solutions. We are committed to assisting people in taking action against fraudulent activity.

We also suggest doing an account recovery for your accounts with Network Solution.

To do an account recover for NS, please visit: https://www.networksolutions.com/manage-it/account-recovery.jsp

For your account with our sister brand, Hostgator, please visit: https://www.hostgator.com/my-account/account-recovery

I hope this information has been helpful. We appreciate your business!

For questions, please visit our online support center at
https://www.networksolutions.com/knowledge .

Kind Regards,
Customer Support



Your services are subject to the terms and conditions set forth in our Service Agreement, which you accepted at the time of purchase. Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2024 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

**From:** noreply@networksolutions.com <noreply@support.networksolutions.com>
**Date:** Wednesday, July 17, 2024 10:43 AM
**To:** danielmcgurk <danielmcgurk@gmail.com f>
**Subject:** Network Solutions Customer Support [S-2578945]



Dear Daniel,

Thank you for contacting Network Solutions. We are committed to assisting people in taking action against fraudulent activity.

All accounts associated to IT@DODSON.COM email address have been locked down. We're working on reverting any changes that occurred on the account associated to DODSON.COM.

We currently reached out to the gaining registrar for DODSON.COM, and when we have an update we will provide as soon as possible.

I hope this information has been helpful. We appreciate your business!

For questions, please visit our online support center at
https://www.networksolutions.com/knowledge .

Kind Regards,
Customer Support



Your services are subject to the terms and conditions set forth in our Service Agreement, which you accepted at the time of purchase. Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our obligations to you.

©2024 by Network Solutions, LLC. All Rights Reserved. 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256
Network Solutions® is a Web.com Group, Inc. company.

Network Solutions® and Web.com® are registered trademarks of Web.com Group, Inc. All other registered trademarks herein are the property of their respective owners.

-- Do not delete or change the following text --
Security code: ^^QrMjVXNXZXGxt5pys30i2w==^^
The above code helps us secure your communication.