| | |
|---|---|
| **From:** | Antima Chakraborty |
| **To:** | transfer-disputes@enom.com |
| **Cc:** | Lei Wang; Jordan Morgan; Jill Fertel |
| **Subject:** | Correspondence re: Dodson International Ticket No. 792814 |
| **Date:** | Thursday, August 1, 2024 2:00:00 PM |
| **Attachments:** | Dodson International Letter_ENOM 8.1.24.pdf |

ENOM:

Kindly find correspondence attached and forward to the attention of **Compliance Officer RICHARD BROWN** and any relevant departments.

Sincerely,

**Antima Chakraborty, Esquire**
achakraborty@c-wlaw.com

# CIPRIANI & WERNER PC

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422
(610) 567-0700 (MAIN)    | **www.c-wlaw.com**

\* CONFIDENTIALITY NOTICE \*
This message is intended for the use of the individual or entity to whom and/or which it is addressed, and may contain information that is privileged, confidential, and prohibited from disclosure under either federal or state law, or court order. If you are not the intended recipient, or authorized agent of the intended recipient, of this electronic communication is strictly prohibited. If you have received this communication in error, please immediately delete this message and all its attachments and notify the sender of your receipt by reply email.

**EXHIBIT H**