# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

---

ATTORNEYS AT LAW

JILL H. FERTEL
jfertel@c-wlaw.com

ANTIMA CHAKRABORTY
AChakraborty@c-wlaw.com

450 Sentry Parkway, Suite 200
Blue Bell, PA 19422

Phone: (610) 567-0700
Fax: (610) 567-0712

www.C-WLAW.com

A Mid-Atlantic Litigation Firm

Visit us online at
www.C-WLAW.com

August 1, 2024

**Richard Brown, Compliance Officer**
ENOM, Inc.
*Via email: transfer-disputes@enom.com*

**RE: Theft of Domain and Request for Return**

Dear ENOM,

We represent Dodson International Parts Inc., regarding the theft of their domain (www.dodson.com), which was stolen and transferred to IONOS and then to you, ENOM. By way of correspondence on July 16, 2024, you acknowledged the unauthorized theft and interception by a threat actor. Further, you acknowledged you will make efforts to have the domain returned. However, our client has yet to see the fruits of your acknowledgment. We are writing with a proposal on how we might be able to resolve this amicable without litigation and court intervention.

At this time, our client's main concerns are as follows:

Our client requires access to this domain, as it contains relevant passwords, personal information, and financial information critical to our client's business.

Both you and Network Solutions have acknowledged that this was an unauthorized breach and theft by a threat actor. Hence, your cooperation is necessary for our client to regain proper access.

We write to propose a solution that might resolve this matter:

First, please provide our client access to domain **dodson.com** in ENOM's system. Our client's account associated with the domain is daniel_120671.

**EXHIBIT I**

As an immediate step, we kindly request that ENOM update the MX records for **dodson.com** as specified below. This action would help restore our client's email services, which are critical to our client's operations while the process of granting its full control of the domain is underway.

MX Records:

| Name | TTL | Class | Type | Priority | Destination |
|---|---|---|---|---|---|
| dodson.com | 14400 | IN | MX | 10 | cluster5.us.messagelabs.com |
| dodson.com | 14400 | IN | MX | 20 | cluster5a.us.messagelabs.com |

In addition to that, we request that the domain **dodson.com** be switched to ENOM's own Nameservers, replacing the current settings that point to Cloudflare Nameservers.

Second, we ask that you maintain an open channel of communication with our client regarding any information related to this domain that is required for my client to regard proper access.

**Particularly, by way of email, you mentioned that you are awaiting documentation from Network Solutions to resolve this matter. Any and all document requests can now be directed to us, as counsel for Dodson, and we will ensure you receive these documents promptly.**

If you are not amenable to this solution, we will be forced to file an immediate Motion for Injunctive Relief, seeking court intervention ordering you to act on returning immediate access and control of our client's domain.

For your reference, here is the ticket number for our client's issue: 792814

Please contact us immediately upon receipt of this letter. Please remit this request to your Legal Department.

Very Truly Yours,

/s/ Antima Chakraborty, Esq.
**CIPRIANI & WERNER**

/s/ Jill H. Fertel, Esq.
**CIPRIANI & WERNER**

/s/ Lei Wang, Esq.
**CIPRIANI & WERNER**

/s/ Jordan Morgan, Esq.
**CIPRIANI & WERNER**