| | |
|---|---|
| **From:** | Antima Chakraborty |
| **To:** | support@support.networksolutions.com |
| **Cc:** | Lei Wang; Jordan Morgan; Jill Fertel |
| **Subject:** | Correspondence re: Dodson Int'l Ticket. No. S-2578945 |
| **Date:** | Thursday, August 1, 2024 2:05:00 PM |
| **Attachments:** | Dodson International Letter_Network Solutions.pdf |

Good afternoon:

Please find correspondence attached and immediately forward to the appropriate representative and department.

Thank you,

**Antima Chakraborty, Esquire**
achakraborty@c-wlaw.com

# CIPRIANI & WERNER PC

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422
(610) 567-0700 (MAIN)    | www.c-wlaw.com

\* CONFIDENTIALITY NOTICE \*

This message is intended for the use of the individual or entity to whom and/or which it is addressed, and may contain information that is privileged, confidential, and prohibited from disclosure under either federal or state law, or court order. If you are not the intended recipient, or authorized agent of the intended recipient, of this electronic communication is strictly prohibited. If you have received this communication in error, please immediately delete this message and all its attachments and notify the sender of your receipt by reply email.

**EXHIBIT J**