# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

---

ATTORNEYS AT LAW

JILL H. FERTEL
jfertel@c-wlaw.com

ANTIMA CHAKRABORTY
AChakraborty@c-wlaw.com

450 Sentry Parkway, Suite 200
Blue Bell, PA 19422

Phone: (610) 567-0700
Fax: (610) 567-0712

www.C-WLAW.com

A Mid-Atlantic Litigation Firm

Visit us online at
www.C-WLAW.com

August 1, 2024

**Abuse Specialist**
Network Solutions
*Via email: support@support.networksolutions.com*

**RE**: *Theft of Domain and Request for Return*

Dear Network Solutions,

We represent Dodson International Parts Inc., regarding the theft of their domain (www.dodson.com), which was stolen and transferred to IONOS and then to ENOM. Presently, we have worked with ENOM to block access to the domain. However, our client requests your immediate cooperation to regain access to their domain. We are writing with a proposal on how we might be able to resolve this amicable without litigation and court intervention.

At this time, our client's main concerns are as follows:

Our client requires access to this domain, as it contains relevant passwords, personal information, and financial information critical to our client's business.

Both ENOM and you, Network Solutions, have acknowledged that this was an unauthorized breach and theft by a threat actor. Hence, your cooperation is necessary for our client to regain proper access.

We write to propose a solution that might resolve this matter:

First, we ask that you relinquish control to our client, the proper owner of the domain, and give them access to this domain, while still being hosted by ENOM. As data privacy and breach counsel, we are well-aware of Network Solutions' ability to grant such authority and access.

Second, we ask that you maintain an open channel of communication with our client regarding any information related to this domain.

**EXHIBIT K**

If you are not amenable to this solution, we will be forced to file an immediate Motion for Injunctive Relief, seeking court intervention ordering you to act on returning immediate access and control of our client's domain.

For your reference, our client's ticket number related to this issue is: S-2578945.

Please contact us immediately upon receipt of this letter. Please remit this request to your Legal Department.

Very Truly Yours,

/s/ Antima Chakraborty, Esq.
**CIPRIANI & WERNER**

/s/ Jill H. Fertel, Esq.
**CIPRIANI & WERNER**

/s/ Lei Wang, Esq.
**CIPRIANI & WERNER**

/s/ Jordan Morgan, Esq.
**CIPRIANI & WERNER**