IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DODSON INTERNATIONAL PARTS INC.**<br> 2155 Vermont Rd.<br>Rantoul, KS 66079<br><br>                              Plaintiff,<br><br>   v.<br><br>**NETWORK SOLUTIONS, LLC**<br>12808 Gran Bay Parkway West<br>Jacksonville Florida 32258<br><br>**NEWFOLD DIGITAL, INC.**<br>5335 Gate Parkway<br>Jacksonville, Florida 32256<br><br>**WEB.COM GROUP, INC.**<br>5335 Gate Parkway<br>Jacksonville, Florida 32256<br><br>**ENOM, LLC**<br>251 Little Falls Drive,<br>Wilmington, Delaware 19808<br><br>                              Defendants. | Case No. 2:24-cv-2392<br><br><br>**ACTION FILED:**<br><br>**STIPULATION FOR DISMISSAL** |

## STIPULATION FOR DISMISSAL

Plaintiff Dodson International Parts, Inc. and Defendants Network Solutions, LLC, Newfold Digital, Inc., Web.com Group, Inc. and ENOM, LLC have resolved their dispute. Plaintiff moves to dismiss claims against Defendants with prejudice and all parties to bear their own fees and costs incurred to date.

Respectfully Submitted,

By:   /s/ *Clayton T. Fielder*
         Clayton T. Fielder KS Bar #21049
         Michaela L. Webb KS Bar #29401

1

Hennessy & Roach, P.C.
10801 Mastin Blvd., Suite 120
Overland Park, KS 66210
Telephone: 913-221-0740
Email: cfielder@hennessyroach.com
          mwebb@hennessyroach.com
*Attorneys for Dodson International Parts Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of October 2024, the foregoing was electronically filed with the Clerk of the District of Kansas e-filing system.

/s/ *Clayton T. Fielder*
*Attorneys for Dodson International Parts Inc.*

2